IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

GEOSCOPE TECHNOLOGIES PTE. LTD.,

        Plaintiff,

v.

APPLE INC.,

        Defendant.

Civil Action No. 1:22-cv-01373-MSN-JFA

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to E.D. Va. Civ. R. 83.1(G), Defendant, Apple Inc. ("Apple") seeks leave to have attorney Kim Do of Gibson, Dunn & Crutcher LLP withdraw her appearance as counsel for Apple on the following grounds:

1. On January 19, 2023, the Court entered an order granting Apple's motion to allow Kim Do of Gibson, Dunn & Crutcher LLP to enter her *pro hac vice* appearance as counsel for Apple (ECF No. 36). She is now leaving the firm and would like to withdraw her appearance.

2. After Ms. Do's withdrawal, Apple will continue to be represented by Brian M. Buroker of Gibson, Dunn & Crutcher LLP (ECF No. 19) and Craig C. Reilly (ECF No. 16), who are members of the bar of the Court, as well as several other *pro hac vice* counsel from Gibson, Dunn & Crutcher LLP (ECF Nos. 30-35).

3. Apple consents to this withdrawal and no party will be prejudiced by this withdrawal.

WHEREFORE, Apple seeks entry of an order granting the withdrawal of the *pro hac vice* appearance of Kim Do, directing the Clerk of the Court to strike her appearance and to remove her from the CM/ECF service list in this matter, and directing all other parties that she need not be served with any further pleadings, motions, or other papers in this matter. A proposed Order is submitted herewith.

*Defendant Apple does not seek oral argument on this motion.*

- 2 -

| | |
|---|---|
| Dated: March 3, 2023 | Respectfully submitted, |
| *Of Counsel for Defendant Apple Inc.:* | */s/ Craig C. Reilly* |

Brian M. Buroker (VSB No. 39,581)
bburoker@gibsondunn.com
David Brzozowski (*pro hac vice*)
dbrzozowski@gibsondunn.com
Wendy Cai (*pro hac vice*)
wcai@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Brian A. Rosenthal (*pro hac vice*)
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Jaysen S. Chung (*pro hac vice*)
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8271
Facsimile: (415) 374-8405

Ryan Iwahashi (*pro hac vice*)
riwahashi@gibsondunn.com
Andrew W. Robb (*pro hac vice*)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Fax: (650) 849-5034

Craig C. Reilly (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, Virginia 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com
*Counsel for Defendant Apple Inc.*