IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:22-CV-01331-MSN-JFA <br><br><br> DEMAND FOR JURY TRIAL |
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 1:22-CV-01373-MSN-JFA <br><br><br> DEMAND FOR JURY TRIAL |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
PURSUANT TO FED. R. CIV. P. 12(c)**

Defendants Google LLC ("Google") and Apple Inc. ("Apple"), by counsel, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, move for judgment on the pleadings as to U.S. Patent Nos. 7,561,104, 8,400,358, 8,786,494, 8,406,753, 8,320,264, and 9,097,784 on the basis that their asserted claims are not patent-eligible under 35 U.S.C. § 101. The grounds and authorities in support of the Motion for Judgment on the Pleadings are set forth in the Memorandum of Law filed in support of Defendants' Motion for Judgment on the Pleadings filed herewith.

Dated:  June 27, 2023

Respectfully submitted,

  /s/ *Clark J. Belote*
Stephen E. Noona (VSB No. 25367)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
senoona@kaufcan.com
cjbelote@kaufcan.com


Edward J. Bennett (VSB No. 40118)
Adam D. Harber (*pro hac vice*)
Andrew Trask (*pro hac vice*)
Benjamin N. Hazelwood (VSB No.96058)
Michael Xun Liu (*pro hac vice*)
Adam Pan (*pro hac vice*)
WILLIAMS & CONNOLLY
680 Maine Avenue SW
Washington, DC  20024
Telephone: (202) 434-5000
ebennett@wc.com
aharber@wc.com
atrask@wc.com
bhazelwood@wc.com
mliu@wc.com
apan@wc.com

*Counsel for Defendant Google LLC*

Dated:  June 27, 2023    By:   */s/ Craig C. Reilly*

        Craig C. Reilly (VSB No. 20,942)
        craig.reilly@ccreillylaw.com
        **The Law Offices of Craig C. Reilly**
        209 Madison Street, Suite 501
        Alexandria, Virginia 22314
        Tel: (703) 549-5354
        Fax: (703) 549-5355

        Brian M. Buroker (VSB No. 39,581)
        bburoker@gibsondunn.com
        Wendy W. Cai (*pro hac vice*)
        wcai@gibsondunn.com
        David Brzozowski (*pro hac vice*)
        dbrzozowski@gibsondunn.com
        **Gibson, Dunn & Crutcher LLP**
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036-5306
        Tel: (202) 955-8295
        Fax: (202) 831-6106

        Brian A. Rosenthal (*pro hac vice*)
        brosenthal@gibsondunn.com
        **Gibson, Dunn & Crutcher LLP**
        200 Park Avenue
        New York, New York 10166
        Tel: (212) 351-4000
        Fax: (212) 716-0839

        Jaysen S. Chung (*pro hac vice*)
        jschung@gibsondunn.com
        **Gibson, Dunn & Crutcher LLP**
        1881 Page Mill Road
        Palo Alto, CA 94304-1211
        Tel: (650) 849-5300
        Fax: (650) 849-5067

        Nathaniel R. Scharn (*pro hac vice*)
        nscharn@gibsondunn.com
        **Gibson, Dunn & Crutcher LLP**
        3161 Michelson Drive
        Irvine, CA 92612-4412

Tel: (949) 451-3800
Fax: (949) 451-4220

*Counsel for Defendant Apple Inc.*