# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **8/11/2023**     Judge:     **Nachmanoff/(JFA)**
Time: **11:18 - 1:11**     Reporter: **D. Salters**

Civil Action Number: **1:22-cv-1373**

**GEOSCOPE TECHNOLOGIES PTE. LTD.**

V.

**APPLE, INC.**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Alexandra Cho** | **Craig Reilly** |
| **Timothy Gilman** | **Brian Buroker** |
| **John Erbach** | **Brian Rosenthal** |
|  | **Jaysen Chung** |

Motion to/for:
[82] Motion for Judgment on the Pleadings by deft.

Argued and
(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement          (  ) Continued to

(**X**) Order to Follow