IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GEOSCOPE TECHNOLOGIES PTE. LTD,
      Plaintiff,

    v.

APPLE INC.,
      Defendant.

No: 1:22-cv-01373-MSN-JFA

**<u>ORDER</u>**

The parties appeared before the Court on August 11, 2023, for argument on Defendant Apple Inc.'s Motion for Judgment on the Pleadings. At that hearing, the parties represented that the asserted claims of U.S. Patent Nos. 9,097,784 ('784 Patent) and 8,320,264 ('264 Patent), as well as claim 52 of U.S. Patent No. 8,400,358 ('358 Patent), are no longer at issue in the Motion for Judgment on the Pleadings as a result of the Court's order on claim construction.[1] The parties further represented at the hearing that they were conferring with respect to the form of a stipulated judgment as to these particular claims. It is hereby

**ORDERED** that the parties are to jointly submit their position with regard to claim 52 of the '358 Patent and the asserted claims of the '784 Patent and '264 Patent within seven (7) days of this Order; and it is further

**ORDERED** that the final pretrial conference currently scheduled for August 17, 2023 at 1:00 p.m. is **CONTINUED** to September 21, 2023 at 1:00 p.m.

---

[1]    Defendant submitted its argument on the papers with respect to these claims in light of the fact that the parties have not yet filed a stipulated judgment.

It is **SO ORDERED**.

_____ /s/

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
August 15, 2023