UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., <br><br> Defendant, | Case No. 1:22-cv-01373-MSN-JFA |

**JOINT MOTION TO CONTINUE DEADLINE FOR
RULE 26(a)(3) PRETRIAL DISCLOSURES**

Plaintiff Geoscope Technologies Pte. Ltd. ("Geoscope") and Defendant Apple Inc. ("Apple") jointly move the Court to continue the deadline for the parties' Rule 26(a)(3) pretrial disclosures.

1. This is an action for patent infringement. There is pending before the Court a separate patent infringement action in which Geoscope has asserted the same patents against another party. *Geoscope Technologies Pte Ltd. v. Google LLC*, No. 1:22-cv-1331-MSN-JFA (E.D. Va. filed Nov. 22, 2022) ("*Google Action*"). Certain proceedings in this action and the *Google Action* are coordinated. *See, e.g.*, Dkt. No. 44, § VI (claim construction); Dkt. No. 82 (motion for judgment on the pleadings).

2. Under the original schedule set by the Court, the parties' Rule 26(a)(3) pretrial disclosures were due on or before August 17, 2023, which at the time was the date of the final pretrial conference. Dkt. No. 39. The Court also ordered the parties to complete discovery, including expert discovery, by August 11, 2023. *Id.*

1

3. On June 21, 2023, given the complex factual and technical issues in this action, the parties requested that the deadline for filing and serving their Rule 26(a)(3) pretrial disclosures be continued until a date that the parties would propose jointly at or before the final pretrial conference. Dkt. No. 80, ¶¶ 7–9. The parties also moved for leave to complete expert depositions by August 18, 2023. *Id.*, ¶ 2.

4. On June 26, 2023, the Court granted the parties' request to extend the deadline to complete expert depositions until August 18, 2023. Dkt. No. 81 at 1. The Court also continued the deadlines for the parties' Rule 26(a)(3) disclosures until ten (10) days after the cut-off for expert discovery, or August 28, 2023. *Id.* at 2.

5. On August 15, 2023, the Court continued the final pretrial conference from August 17, 2023, to September 21, 2023 at 1:00 p.m. Dkt. No. 102.

6. In light of the continuance of the final pretrial conference, and to allow time for mature consideration when designating trial evidence, the parties respectfully request that the due date for Rule 26(a)(3) disclosures, including but not limited to a list of the exhibits to be used at trial, a list of the witnesses to be called at trial, and a written stipulation of uncontested facts, be continued until ten (10) days after the final pretrial conference, or October 2, 2023, and that the deadline for any objections thereto be continued until ten (10) days after the Rule 26(a)(3) disclosures are filed, or October 12, 2023.

7. The parties waive a hearing on this procedural motion.

WHEREFORE, Geoscope and Apple, in coordination with the *Google Action*, jointly request that this Court enter an order setting a new schedule for the parties' Rule 26(a)(3) disclosures. A proposed order is submitted herewith.

Dated:  August 21, 2023.

/s/ John M. Erbach
John M. Erbach

John M. Erbach (VSB No. 76695)
Chris Bascom (VSB No. 87302)
SPOTTS FAIN, P.C.
Renaissance Centre
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2044
Fax: (804) 697-2144
jerbach@spottsfain.com
cbascom@spottsfain.com

Timothy K. Gilman (*pro hac vice*)
Saunak K. Desai (*pro hac vice*)
Gregory R. Springsted (*pro hac vice*)
Alexandra J. Cho (*pro hac vice*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 756-2000
Fax: (212) 593-5955
tim.gilman@srz.com
saunak.desai@srz.com
gregory.springsted@srz.com
alexandra.cho@srz.com

*Attorneys for Plaintiff Geoscope Technologies Pte. Ltd.*

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly

Craig C. Reilly (VSB # 20942)
209 Madison Street, Suite 501
Alexandria, Virginia 22314
T: (703) 549-5354
F: (703) 549-5355 E:
craig.reilly@ccreillylaw.com

Brian M. Buroker (VSB No. 39,581)
bburoker@gibsondunn.com
Wendy W. Cai (pro hac vice)
wcai@gibsondunn.com
David Brzozowski (pro hac vice)
dbrzozowski@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8295
Fax: (202) 831-6106

Brian A. Rosenthal (pro hac vice)
brosenthal@gibsondunn.com
Gibson, Dunn & Crutcher LLP 200
Park Avenue New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 716-0839

Jaysen S. Chung (pro hac vice)
jschung@gibsondunn.com
Andrew W. Robb (pro hac vice)
arobb@gibsondunn.com
Gibson, Dunn & Crutcher LLP 1881
Page Mill Road Palo Alto, CA 94304-1211
Tel: (650) 849-5300 Fax: (650) 849-5067

Nathaniel R. Scharn (pro hac vice)
nscharn@gibsondunn.com
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: (949) 451-3800
Fax: (949) 451-4220
*Attorneys for Defendant Apple Inc.*

3