IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GEOSCOPE TECHNOLOGIES PTE. LTD., <br>          Plaintiff, <br> <br>     v. <br> <br> APPLE INC., <br>          Defendant. | No: 1:22-cv-01373-MSN-JFA |

**ORDER**

This matter comes before the Court on the parties' Stipulation of Partial Judgment of Noninfringement and Invalidity. (Dkt. No. 103). It is hereby

**ORDERED** that judgment of noninfringement of claims 13, 15, and 20 of U.S. Patent No. 8,320,264 (the "'264 Patent") shall be and is hereby entered against Plaintiff Geoscope Technologies Pte. Ltd. ("Geoscope"); it is further

**ORDERED** that judgment of invalidity of claim 11 of U.S. Patent No. 9,097,784 (the "'784 Patent") and claim 52 of U.S. Patent No. 8,400,358 (the "'358 Patent") shall be and is hereby entered; it is further

**ORDERED** that judgment shall be and is hereby entered in favor of Defendant Apple Inc. ("Apple") and against Geoscope as to Counts Five and Six of Geoscope's Complaint (Dkt. No. 1); and it is further

**ORDERED** that partial judgment shall be and is hereby entered in favor of Apple and against Geoscope as to Count Two of Geoscope's Complaint for claim 52 of the '358 Patent.

It is **SO ORDERED**.

The Clerk is directed to enter partial judgment in favor of Apple as set forth above.

/s/<br>
Hon. Michael S. Nachmanoff<br>
United States District Judge

Alexandria, Virginia
September 18, 2023